RECEIVED
AUG 04 2025
PRO SE OFFICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID JORDAN

Write the full name of each plaintiff.

25 CV 6496
No. ____
(To be filled out by Clerk's Office)

-against-

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☑ Yes ☐ No

OFFICER AMESTING, OFFICER JOHN DOE, OFFICER CAPT ANDERSON

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a *"Bivens"* action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other: ______________________________

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

DAVID W JORDAN

First Name Middle Initial Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

09-09 HAZEN STREET G.R.V.C

Current Place of Detention

09-09 HAZEN STREET EAST ELMHURST

Institutional Address

QUEENS NY 11370

County, City State Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☑ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced prisoner

☐ Other: ______________________________

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1: N/A — Amesting — N/A
First Name — Last Name — Shield #

POLICE OFFICER
Current Job Title (or other identifying information)

25th PRIENCT 120 EAST 119ST
Current Work Address

MANHATTAN — NY — 10035
County, City — State — Zip Code

Defendant 2: JOHN — DOE
First Name — Last Name — Shield #

POLICE OFFICER
Current Job Title (or other identifying information)

25Th PRIENCT 120 EAST 119ST
Current Work Address

MANHATTAN — NY — 10035
County, City — State — Zip Code

Defendant 3: N/A — ANDERSON — N/A
First Name — Last Name — Shield #

POLICE OFFICER CAPTAIN
Current Job Title (or other identifying information)

25Th PRIENCT 120 EAST 119ST
Current Work Address

MANHATTAN — NY — 10035
County, City — State — Zip Code

Defendant 4:
First Name — Last Name — Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City — State — Zip Code

## V. STATEMENT OF CLAIM

Place(s) of occurrence: MANHATTAN

Date(s) of occurrence: 9·23·23

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

please SEE Attachment

To whom this may CONCERN

ON 9·23·23 while Driving Home my Vehicle was pulled over. officer Arresting Asked me for my ID, licence & Registration. I Complied officer Arresting Informed me to Exit the Vehicle and place my Hands Behind my Back officer Arresting and other officers Became very Aggressive Due to the fact I didnt want to give Him my Hand for A Alleged (I card) officer Arresting Became very Aggressive him and other officers By forcing my Hands Behind my Back while punching me IN my face & Body.. I was also Tased while laying face down on the ground.. I was then Handcuffed while still geting Assulted By officer Arresting and other officers By Being kicked and punched while on the ground.. I was placed IN the Back of A police car while Bleeding from my Nose and left Eye.. officer Arresting placed the cuffs Extra tight on my wrist to the point the cuffs was cutting Into my wrist and making my Hands Swell. I started yelling and kicked out the Back window Due to the fact I Needed medical Attention I was taken to Harlem Hospital where I Received a Number of stitches By my left Eye.. I Also asked

(Capt) Anderson A number of times could he loosen my cuffs because I couldnt feel my hands.. I was arrested for resisting arrest, assult on a officer and property damage. on 2·13·25 All charges was droped.. nonetheless officers used unjustified, objectively unreasonable force by depriving me of my rights federal, state, by causing me bodily injury pain suffering psychological, emotional stress humiliation by using excessive force and assulting me.. Im also sueing for false arrest due to the fact I spent over a year in jail due to these charges..

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

I RECEIVED A NUMBER of stitches ON MY left EyE AND A BUSTED lip and lower BACK PAIN

## VI. RELIEF

State briefly what money damages or other relief you want the court to order.

for OFFICERS to BE Held ACCOUNTABLE for their Actions and A AMOUNT Not to EXCEED 500,000 DOllERS

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

7.18.25 — Dated

David Jordan — Plaintiff's Signature

DAVID — First Name | N — Middle Initial | JORDAN — Last Name

09-09 HAZEN STREET — Prison Address

EAST ELMHURST — County, City | NY — State | 11370 — Zip Code

Date on which I am delivering this complaint to prison authorities for mailing: 7.18.25

David Jordan <99025001367>
09-09 HAZEN street EAST ElmHurst
NY, 11370

MID-ISLAND NY 117
22 JUL 2025 PM 7 L




RECEIVED
AUG 04 2025
PRO SE OFFICE

USDC SDNY 4P

PRO SE INTAKE UNIT ROOM
<120,> 500 PEARl street
NY, NY. 10007

10022-350599