```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
DAVID JORDAN.,                                                     :
                                                                   :
                          Plaintiff,                               :
                                                                   :
              -v-                                                  :   25 Civ. 6496 (JPC)
                                                                   :
JOHN DOE, et al.,                                                  :          ORDER
                                                                   :
                          Defendants.                              :
                                                                   :
-------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

     Plaintiff, who is detained in the George R. Vierno Center on Rikers Island, brings this action *pro se* under 42 U.S.C. § 1983. He alleges that on September 23, 2023, Captain Anderson, a John Doe police captain, along with another John Doe police officer assigned to the New York City Police Department's ("NYPD") 25th Precinct in Manhattan, falsely arrested him and subjected him to excessive force.

     Under *Valentin v. Dinkins*, a *pro se* litigant is entitled to assistance from a district court in identifying a defendant. 121 F.3d 72, 76 (2d Cir. 1997). The Complaint here supplies sufficient information to permit the NYPD to identify the two John Doe Defendants described by Plaintiff. It is therefore ordered that the New York City Law Department, which is the attorney for and agent of the NYPD, must ascertain the identity and badge numbers of the John Doe Defendants whom Plaintiff seeks to sue and the addresses where those Defendants may be served. The New York City Law Department shall provide this information to Plaintiff and the Court within sixty days of the date of this Order.

Plaintiff must thereafter file an Amended Complaint naming the two John Doe Defendants within thirty days of receiving this information. Plaintiff's Amended Complaint shall replace, not supplement, the original Complaint. An Amended Civil Rights Complaint form, which Plaintiff should complete, is attached to this Order. In the event that Plaintiff ultimately files an Amended Complaint, the Clerk of Court shall then issue an Amended Summons and the *Pro Se* Office shall send to Plaintiff an amended Rule 4 service package. Plaintiff will have 120 days from the date that the Amended Summons is issued to serve the two John Doe Defendants.

For the foregoing reasons, the Clerk of Court is directed to notify the New York City Police Department and the New York City Law Department of this Order. The Court requests that Defendants waive service of Summons and that the New York City Law Department respond as directed, pursuant to *Valentin*.

The Clerk of Court is respectfully directed to mail an information package to Plaintiff. An Amended Civil Rights Complaint form is attached to this Order.

SO ORDERED.

Dated: October 28, 2025
New York, New York

JOHN P. CRONAN
United States District Judge