UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID JORDAN

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Amesting, & Anderson

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**AMENDED COMPLAINT**

under the Civil Rights Act, 42 U.S.C. § 1983

Jury Trial: ☑ Yes ☐ No
(check one)

1:25 Civ. 06496 JPC GWG

RECEIVED
NOV 17 2025
PRO SE OFFICE

**I. Parties in this complaint:**

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff's
Name DAVID JORDAN
ID# 990-25-00136
Current Institution 16-00 HAZEN street EAST ELMHURST
Address NY, 11370

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name Amesting Shield # N/A
Where Currently Employed 25th PRIENCT
Address 120 EAST 119st MANHATTAN NY 10035

Defendant No. 2 Name ANDERSON Shield # N/A
Where Currently Employed 25TH PRIENCT
Address 120 EAST 119TH MANHATTAN NY, 10035

Defendant No. 3 Name ______ Shield # ______
Where Currently Employed ______
Address ______

Who did what?

Defendant No. 4 Name ______ Shield # ______
Where Currently Employed ______
Address ______

Defendant No. 5 Name ______ Shield # ______
Where Currently Employed ______
Address ______

## II. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur?
N/A MY CLAIM HAPPENED WHEN I WAS HOME ON THE STREETS NOT IN JAIL.

B. Where in the institution did the events giving rise to your claim(s) occur?
N/A

C. What date and approximate time did the events giving rise to your claim(s) occur?
9.23.23 NOT SURE OF TIME BUT IT WAS DARK OUTSIDE AT THE TIME. SO APPROXIMATE 6.30 PM

What happened to you?

D. Facts: I WAS ASSULTED BY POLICE OFFICERS AND TAKEN TO THE HOSPITAL WHERE I RECEIVED TREATMENT TO THE LEFT SIDE OF MY EYE

No not at the time just me.

The people that was their saw what happen to me names are {M Angel Lee-Edwards} and {IMANI SMART}

{please see the Attachment}

Was anyone else involved?

Who else saw what happened?

### III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

Stitches by my left eye, back pain, Abrasion Laceration all over my face and body

### IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ____ No ✓

6. Is the case still pending? Yes ____ No ✓
If NO, give the approximate date of disposition 2·13·25

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) THE CASE WAS DISMISSED

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 6 day of NOV, 2025

Signature of Plaintiff [signature]

Inmate Number 990·25·00136

Institution Address 16-00 HAZEN st
East Elmhurst NY
11370

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 6 day of NOV, 2025 I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: [signature]

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

N/A

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ____ No ____ Do Not Know ✓

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____ No ____ Do Not Know ✓

If YES, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ____ No ✓ I WAS HOME

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____ No ✓ I WAS HOME

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance?

1. Which claim(s) in this complaint did you grieve? THE whole thing
I Told my lawER at the time what HAPPEN

2. What was the result, if any?
I HAd to wait until the CASE WAS DISMISS

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process.

N/A

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:
I WAS HOME ON the streets At the time

2. If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any:

when I was at the Hospital I Told Captain Anderson I was assuited By Him and His officers

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

I was Home on the streets when this situation happen, not in jail my case was dismissed while I was in jail.

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

## V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). for officers to be held accountable for their actions and amount not to exceed five hundred thousand dallers

______________________________________________
______________________________________________
______________________________________________

**VI. Previous lawsuits:**

**On these claims**

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

(Yes) X No ____

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff ____________________
Defendants ____________________

2. Court (if federal court, name the district; if state court, name the county) ____________________

____ 3. Docket or Index number ____________________

____ 4. Name of Judge assigned to your case ____________________

5. Approximate date of filing lawsuit ____________________

6. Is the case still pending? Yes ____ No ____

If NO, give the approximate date of disposition ____________________

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) ____________________

______________________________________________

______________________________________________

**On other claims**

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes ____ No ✓

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff ____________________
Defendants ____________________

2. Court (if federal court, name the district; if state court, name the county) ____________________

____ 3. Docket or Index number ____________________

____ 4. Name of Judge assigned to your case ____________________

5. Approximate date of filing lawsuit ____________________

To. whom this may concern

On 9-23-23 while Driving Home my vehicle was pulled over. officer Amesting Asked me for my ID, licence & Registration I complied officer Amesting Informed me to Exit the vehicle and place my Hands Behind my back officer Amesting and other officers became very Aggressive Due to the fact I didnt want to give Him my Hand for A Alleged (I card) officer Amesting Became very Aggressive Him and other officers By forcing my Hands Behind my back while punching me in my face & Body.. I was also Tased while laying face Down on the ground. I was then Handcuffed while still geting Assulted By officer Amesting and other officers By Being Kicked and punched while on the ground.. I was placed in the back of A police car while Bleeding from my nose and left Eye.. officer Amesting placed the cuffs extra tight on my wrist to the point the cuffs was cutting into my wrist and making my hand swell.. I started yelling and kicked out the back window Due to the fact I needed medical Attention I was taken to Harlem Hospital where I receved A number of stitches By my left Eye.. I also asked

captain Anderson a number of times could he loosen my cuffs because I couldnt feel my hands.. captain Anderson also helped assult me by punching me a number of times with the other officers I was arrested for resisting arrest, assult on a officer and property damage. on (2.13.25) All charges was droped.. nonetheless officers used unjustified, objectively, unreasonable force by depriving me of my rights federal, state by causing me bodily injury pain suffering psychological, emotional stress humiliation by using excessive force and assulting me.. Im also sueing for false arrest due to the fact I did nothing wrong but spent over a year in jail due to false charges

David Jordan
(990.25.00136)

cc