UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
DAVID JORDAN.,                                                          :
                                                                        :
                                    Plaintiff,                          :
                                                                        :
                    -v-                                                 :        25 Civ. 6496 (JPC)(GWG)
                                                                        :
OFFICER AMESTING, *et al.*,                                             :        ORDER OF SERVICE
                                                                        :
                                    Defendants.                         :
                                                                        :
------------------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

An Order of Service is being issued once again because it appears that the previous order

seeking the identification of defendants and the request to waive service (dated October 28,

2025), was not previously transmitted to the City due to an internal error at the Court.

Plaintiff, who is detained in the George R. Vierno Center on Rikers Island, brings this

action *pro se* under 42 U.S.C. § 1983.  He alleges that on September 23, 2023, Captain Anderson,

a John Doe police captain, an Officer Amesting, and another John Doe police officer assigned to

the New York City Police Department's ("NYPD") 25th Precinct in Manhattan, falsely arrested

him and subjected him to excessive force.

Under *Valentin v. Dinkins*, a *pro se* litigant is entitled to assistance from a district court in

identifying a defendant.  121 F.3d 72, 76 (2d Cir. 1997).  The Complaint and Amended Complaint

here supply sufficient information to permit the NYPD to identify the defendants described by

Plaintiff.  It is therefore ordered that the New York City Law Department, which is the attorney for

and agent of the NYPD, ascertain the identity and badge numbers of the Defendants whom Plaintiff

seeks to sue and the addresses where those defendants may be served.  The New York City Law

Department shall provide this information to Plaintiff and the Court <u>on or before on  February 27,</u> <u>2026.</u>

Plaintiff must thereafter file a Second Amended Complaint providing the name, badge number and address of all defendants within 30 days of receiving this information.  Plaintiff's Second Amended Complaint shall replace, not supplement, the original Complaint and his Amended Complaint.  An Amended Civil Rights Complaint form, which Plaintiff should complete <u>only after the City provides him with the names, badge numbers and addresses of the individual</u> <u>defendants,</u> is attached to this Order.  In the event that Plaintiff files a Second Amended Complaint, the Clerk of Court shall then issue an Amended Summons and the *Pro Se* Office shall send to Plaintiff an amended Rule 4 service package.  Plaintiff will have 120 days from the date that the Amended Summons is issued to serve the Defendants.

For the foregoing reasons, the Clerk of Court is directed to notify the New York City Police Department and the New York City Law Department of this Order.  The Court requests that Defendants waive service of Summons and that the New York City Law Department respond as directed, pursuant to *Valentin*.

The Clerk of Court is respectfully directed to mail an information package to Plaintiff.  An Amended Civil Rights Complaint form is attached to this Order.

SO ORDERED.

Dated: December 29, 2025

GABRIEL W. GORENSTEIN
United States Magistrate Judge

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

**-against-**

_____

_____

_____

_____

_____

_____

_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**SECOND**

**AMENDED**

**COMPLAINT**

under the Civil Rights Act,
42 U.S.C. § 1983

Jury Trial:  □ Yes     □ No

(check one)

___ **Civ.** _____ (    )

**I.      Parties in this complaint:**

A.      List your name, identification number, and the name and address of your current place of confinement.  Do the same for any additional plaintiffs named.  Attach additional sheets of paper as necessary.

Plaintiff's      Name_____

                        ID#_____

                        Current Institution_____

                        Address_____

                        _____

B.      List all defendants' names, positions, places of employment, and the address where each defendant may be served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  Attach additional sheets of paper as necessary.

Defendant  No. 1      Name _____ Shield #_____

                                    Where Currently Employed _____

                                    Address _____

                                    _____

*Rev. 01/2010*                                    1

Defendant No. 2    Name _____ Shield #_____

Where Currently Employed _____

Address _____

_____

Defendant No. 3    Name _____ Shield #_____

Where Currently Employed _____

Address _____

_____

**Who did what?**

Defendant No. 4    Name _____ Shield #_____

Where Currently Employed _____

Address _____

_____

Defendant No. 5    Name _____ Shield #_____

Where Currently Employed _____

Address _____

_____

## II.    Statement of Claim:

State as briefly as possible the facts of your case.    Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.    In what institution did the events giving rise to your claim(s) occur?

_____

_____

B.    Where in the institution did the events giving rise to your claim(s) occur?

_____

C.    What date and approximate time did the events giving rise to your claim(s) occur?

_____

_____

_____

D.    Facts:_____

**What happened to you?**

_____

_____

_____

*Rev. 01/2010*                                    2

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Was anyone else involved?**

_____
_____
_____
_____
_____

**Who else saw what happened?**

### III.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

_____
_____
_____
_____
_____
_____
_____
_____

### IV.    Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."   Administrative remedies are also known as grievance procedures.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes _____   No _____

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____

_____

_____


B.    Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes _____    No _____    Do Not Know _____

C.    Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes _____    No _____    Do Not Know _____

If YES, which claim(s)?
_____

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes _____    No _____

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes _____    No _____

E.    If you did file a grievance, about the events described in this complaint, where did you file the grievance?
_____

1.    Which claim(s) in this complaint did you grieve?
    _____

    _____

2.    What was the result, if any?
    _____

    _____

3.    What steps, if any, did you take to appeal that decision?  Describe all efforts to appeal to the highest level of the grievance process.
_____
_____
_____
_____


F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here:
        _____
        _____

        _____

*Rev. 01/2010*                                    4

_____
_____
_____

2.  If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any:

_____
_____
_____
_____
_____
_____

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.
_____
_____
_____
_____
_____
_____
_____
_____

Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

**V.    Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). _____

_____
_____
_____
_____
_____
_____
_____
_____
_____

*Rev. 01/2010*                                    5

_____

_____

_____

**VI.   Previous lawsuits:**

<div style="float:left; border:1px solid black; padding:4px; text-align:center;">**On these claims**</div>

A.     Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _____   No _____

B.     If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below.  (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1.     Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

_____

3.     Docket or Index number _____

4.     Name of Judge assigned to your case_____

5.     Approximate date of filing lawsuit _____

6.     Is the case still pending?  Yes _____   No _____

If NO, give the approximate date of disposition_____

7.     What was the result of the case?  (For example:   Was the case dismissed?   Was there judgment in your favor?   Was the case appealed?) _____

_____

_____

<div style="float:left; border:1px solid black; padding:4px; text-align:center;">**On other claims**</div>

C.     Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes _____    No _____

D.     If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1.     Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2.     Court (if federal court, name the district; if state court, name the county) _____

_____

3.     Docket or Index number _____

4.     Name of Judge assigned to your case_____

5.     Approximate date of filing lawsuit _____

_Rev. 01/2010_                                   6

6.     Is the case still pending?  Yes _____  No _____

If NO, give the approximate date of disposition_____

7.     What was the result of the case? (For example:  Was the case dismissed?  Was there judgment in your favor?  Was the case appealed?)  _____

_____

_____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this ____ day of _____, 20___.

Signature of Plaintiff   _____

Inmate Number       _____

Institution Address    _____

_____

_____

_____

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this _____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff:   _____