UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                            :
DAVID JORDAN.,                                              :
                                                            :
                              Plaintiff,                    :
                                                            :
              -v-                                           :        25 Civ. 6496 (JPC)(GWG)
                                                            :
OFFICER AMESTING, *et al.*,                                 :        ORDER
                                                            :
                              Defendants.                   :
                                                            :
---------------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

        Plaintiff's amended complaint contains allegations as to several John Doe NYPD
officers.  See Amended Complaint, filed Nov. 17, 2025 (Docket # 12), at *15-16.  On December
29, 2025, the Court ordered the New York City Law Department to identify these defendants
pursuant to Valentin v. Dinkins, 121 F.3d 72 (2d Cir. 1997).  See Order, dated Dec. 29, 2025
(Docket # 13), at 1 ("Dec. 29 Order").  The Law Department has identified the following NYPD
officers:

   •   Officer Frank T. Henenlotter, Tax ID No. 961809, assigned to the 25th Precinct, 120 East
       119th Street, New York, NY 10035
   •   Officer Akash Sharma, Tax ID No. 968127, also assigned to the 25th Precinct, 120 East
       119th Street, New York, NY 10035

Letter from Anumeha Tanya, filed Feb. 27, 2026 (Docket # 16) at 2.

        Additionally, the Law Department asserts that two police officers identified by surname
in plaintiff's amended complaint — namely, "Officer Amesting" and "Captain Anderson" of the
25th Precinct — were "not assigned to the 25th precinct at the time of the incident alleged in
plaintiff's amended complaint."  Id. at 1 n.1

        The Court ordered plaintiff to file a Second Amended Complaint within 30 days of
receiving this information.  Dec. 29 Order at 2.  No such Second Amended Complaint has been
filed.

        Nonetheless, the Court will grant plaintiff one final extension of this deadline.  If plaintiff
wishes to add the above individuals as defendants to his lawsuit, on or before May 27, 2026,
plaintiff must file a Second Amended Complaint that names Officers Henenlotter and Sharma
along with any other defendants.  Plaintiff is reminded that the second amended complaint will
replace, not supplement, all prior complaints, including the amended complaint.

The Court attaches an amended complaint form for plaintiff's use.

SO ORDERED.

Dated:  April 27, 2026
        New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

_____
Write the full name of each plaintiff.

-against-

_____

_____

_____

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

No. _____
(To be filled out by Clerk's Office)

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☐ Yes     ☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

---

Rev. 5/6/16

## I.    LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☐  Violation of my federal constitutional rights

☐  Other: _____

## II.    PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

First Name          Middle Initial          Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

Current Place of Detention

Institutional Address

County, City                          State                Zip Code

## III.    PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐  Pretrial detainee
☐  Civilly committed detainee
☐  Immigration detainee
☐  Convicted and sentenced prisoner
☐  Other: _____

Page 2

## IV.    DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:

First Name                Last Name                          Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City                          State                      Zip Code

Defendant 2:

First Name                Last Name                          Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City                          State                      Zip Code

Defendant 3:

First Name                Last Name                          Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City                          State                      Zip Code

Defendant 4:

First Name                Last Name                          Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City                          State                      Zip Code

## V.    STATEMENT OF CLAIM

Place(s) of occurrence: _____

Date(s) of occurrence: _____

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

## VI.    RELIEF

State briefly what money damages or other relief you want the court to order.

## VII.    PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| Dated | Plaintiff's Signature |

| | | |
|---|---|---|
| First Name | Middle Initial | Last Name |

Prison Address

| | | |
|---|---|---|
| County, City | State | Zip Code |

Date on which I am delivering this complaint to prison authorities for mailing: _____

Page 6