UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_David Jordan_

_____

Write the full name of each plaintiff.

No. __25-cv-6496__

(To be filled out by Clerk's Office)

-against-

_FRANK T. HENENlOTTER #961809_
_AKash SharyA #968127_

**SECOND AMENDED COMPLAINT**

(Prisoner)

Do you want a jury trial?
☑ Yes    ☐ No

_____

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

## I.     LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a *"Bivens"* action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other: _____

## II.     PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

_DAVID_____    _W_____    _JORDAN_____
First Name                 Middle Initial    Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

Current Place of Detention

_09-09 HAZEN street_____
Institutional Address

_EAst ElmHURst_____    _NY_____    _11370_____
County, City              State           Zip Code

## III.     PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☑ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced prisoner

☐ Other: _____

## IV.    DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:

_FRANK T. HENENLOTTER_      _⟨961809⟩_
First Name          Last Name        Shield #

_Police officer_
Current Job Title (or other identifying information)

_25TH PRECINCT, 120 E 119TH street_
Current Work Address

_NY_      _10035_
County, City          State        Zip Code

Defendant 2:

_AKash_      _Sharma_      _⟨968127⟩_
First Name          Last Name        Shield #

_Police officer_
Current Job Title (or other identifying information)

_25-TH PRECINCT 120 E 119TH street_
Current Work Address

_NY_      _10035_
County, City          State        Zip Code

Defendant 3:

First Name          Last Name        Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City          State        Zip Code

Defendant 4:

First Name          Last Name        Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City          State        Zip Code

## V.    STATEMENT OF CLAIM

Place(s) of occurrence:    _MaNHaTTAN_____

Date(s) of occurrence:    _9·23·23_____

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

_____please SEE AttAchmENt_____

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

I RECEIVED A NUMBER of stitches ON My left Eye, A Busted lip and lower BACK pain

## VI.    RELIEF

State briefly what money damages or other relief you want the court to order.

for officers to BE HEld Accountable for their Actions and Amount not to EXCEED 500,000 thousand Dollers

To. whom this may concern

on 9.23.23 while driving home my vehicle was pulled over officer T. Henenlotter asked me for my I.D, licence & Registration I complied officer T. Henenlotter informed me to exit the vehicle and place my hands behind my back, officer T. Henenlotter and officer Akash, Sharma became very aggressive due to the fact I didnt want to give them my hand for a alleged (I card) officer T. Henenlotter & officer Akash Sharma became very aggressive by forcing my hands behind my back while punching me in my face & body.. I was also tased while laying face down on the ground. I was then handcuffed while still geting assulted by officers T. Henenlotter & Akash Sharma by being kicked & punched and also tased I was then placed in the back of a police car while bleeding from my nose and left eye. I was then taken to Harlem Hospital where I received a number of stitches by my left eye due to the officers assulting me.. on (2.13.25) All charges was droped nonetheless officers used unjustified

objectively, unreasonable force, By
depriving me of my Rights federal, state
By causing me Bodily injury pain,
suffering, psychological, Emotional stress
humiliation By using Excessive force
and Assulting me. Im also sueing
for false Arrest due to the fact I
did nothing wrong But spent over
a year in jail due to false charges

David Jordan
(990-25-00136)
cc

## VII.   PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| 5-10-26 | *Lauriel Jordan* |
| Dated | Plaintiff's Signature |
| DAVID      W | JoRDAN |
| First Name      Middle Initial | Last Name |
| 09-09  HAZEN STREET | |
| Prison Address | |
| EAst ElmHurst | NY      11370 |
| County, City      State | Zip Code |

Date on which I am delivering this complaint to prison authorities for mailing:  5-10-26

Page 6

Case 1:25-cv-06496-JPC-GWG   Document 19   Filed 05/14/26   Page 9 of 9

DAvid Jordan (990-25-00136)
09-09 HAZEN street EAst Elmhurst
Ny 11370

MID-ISLAND NY 117
12 MAY 2026 PM 4 L



To. pro se intake
unit At Room 120
500 pearl street Ny Ny 10007



(Legal Mail)

10007-131699