UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                         :

DAVID JORDAN,                                :

                    Plaintiff,           :

          -v-                      :          25 Civ. 6496 (JPC)(GWG)

                                            :

OFFICER AMESTING, *et al.*,           :          ORDER OF SERVICE

                    Defendants.      :

                                            :
------------------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      The Clerk of Court is directed to electronically notify the New York City Police Department and the New York City Law Department of this order.  The Court requests that Officer Frank T. Henenlotter, Tax ID No. 961809 and Officer Akash Sharma, Tax ID No. 968127, waive service of summons.

      SO ORDERED.

Dated:  May 20, 2026
         New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge